IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |

**This Document Relates to:**

*Kimberly Busam, et al., v. Bayer Corp., et al.* No. 3:12-cv-10690-DRH-PMF

### ORDER DISMISSING WITH PREJUDICE AS TO PLAINTIFF *LINDSAY PERROTTA*

This matter is before the Court on the defendant Bayer HealthCare Pharmaceuticals Inc.'s motion, pursuant to Case Management Order 12 ("CMO 12"), for an order dismissing the claims of plaintiff Lindsay Perrotta with prejudice.

On February 8, 2013, Bayer HealthCare Pharmaceuticals, Inc. moved to dismiss the claims of plaintiff Lindsay Perrotta without without prejudice for failure to comply with PFS obligations.  The Court granted the motion on March 11, 2013.

In the order dismissing the above captioned action, the Court warned the plaintiff that, "pursuant to CMO 12 Section E, **unless plaintiffs serve defendants with a COMPLETED PFS or move to vacate the dismissal without prejudice within 60 days after entry of this Order, the Order will be converted to a Dismissal With Prejudice upon defendants' motion.**"

On May 20, 2013, Bayer HealthCare Pharmaceuticals Inc. filed the subject motion stating the plaintiff is still not in compliance with her PFS obligations and asking the Court to convert the dismissal into a dismissal with prejudice pursuant to Section E of CMO 12,

To date, the plaintiff has not taken any steps to cure the PFS deficiencies, to address the without prejudice dismissal, or to reply to the motion for dismissal with prejudice. The plaintiff has had ample time to cure the any PFS deficiencies and avoid a with prejudice dismissal.

Having considered the motion and the relevant provisions of CMO 12 the Court **ORDERS** as follows:

The plaintiff has failed to comply with her obligations pursuant to CMO 12 and more than 60 days have passed since the entry of the order of dismissal without prejudice for failure to comply with CMO 12. Accordingly, pursuant to Section E of CMO 12, **the plaintiff's complaint is hereby dismissed WITH prejudice**.

**Further**, the Court **DIRECTS** the Clerk of the **Court to enter judgment reflecting the same at the close of the case**.

SO ORDERED:

Digitally signed by
David R. Herndon
Date: 2013.07.16
17:51:42 -05'00'

**Chief Judge**　　　　　　　　　　　　　　　　　　Date: July 16, 2013
**United States District Court**